**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYRONE JORDAN, | ) | 2:07-cv-00854-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| VEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The plaintiff's motion for an extension of time in which to file his amended complaint is hereby granted. Plaintiff shall have up to and including Monday, April 27, 2009, within which to file an amended complaint in this action.

    IT IS SO ORDERED.

    DATED: This 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE