UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JORDAN, ) | 2:07-cv-00854-HDM-RAM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| M. VEAL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff is a state prisoner proceeding pro se. In its initial screening order dated March 9, 2009, the court dismissed all of plaintiff's claims against defendants M. Veal, S. Oran, J. Martinez, P. Mirich, and K. Carroll, all of plaintiff's Eighth Amendment and Fourteenth Amendment Equal Protection claims against all defendants, plaintiff's claims against defendant R. St. Germain for the April 3, 2006, and May 20, 2006, administrative segregation reviews, plaintiff's claims against defendants R. Anderson and R. Perez for the February 22, 2006, ICC administrative segregation

hearing, plaintiff's claim that defendants V. Cullen, R. Perez, and R. St. Germain improperly adjusted his custody level, and plaintiff's claims that he was denied staff assistance by defendants J. Purtee, S. Stanley, T. Ehlers, W. Fisher, V. Cullen, R. Perez, R. St. Germain, S. Moreno, R. Anderson, E. Arnold, L. Jensen, and M. Fisher.

Plaintiff's complaint was allowed to go forward as to defendants V. Cullen, R. Perez, R. St. Germain, S. Moreno, R. Anderson, E. Arnold, L. Jensen, and M. Fisher, on the basis they denied him lockup order reviews and the right to present his views on disciplinary charges in the May 19, 2006, May 26, 2006, August 18, 2006, and November 9, 2006, hearings.

With regard to his claim that he was denied staff assistance, plaintiff was granted leave to amend his complaint to support his contention that he is illiterate and therefore was entitled to a staff assistant for the May 19, 2006, May 26, 2006, August 18, 2006, and November 9, 2006, hearings. Plaintiff filed an amended complaint on April 17, 2009, elaborating on and supporting his contention that he is illiterate.

Accordingly, in addition to the claims found colorable by the court's first screening order, the plaintiff has also stated a claim against J. Purtee, S. Stanley, T. Ehlers, W. Fisher, V. Cullen, R. Perez, R. St. Germain, S. Moreno, R. Anderson, E. Arnold, L. Jensen, and M. Fisher for denial of staff assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint will go forward as to defendants V. Cullen, R. Perez, R. St. Germain, S. Moreno, R. Anderson, E. Arnold, L. Jensen, and M. Fisher, on the basis they

denied him lockup order reviews and the right to present his views on disciplinary charges in the May 19, 2006, May 26, 2006, August 18, 2006, and November 9, 2006, hearings. It will also go forward as to defendants J. Purtee, S. Stanley, T. Ehlers, W. Fisher, V. Cullen, R. Perez, R. St. Germain, S. Moreno, R. Anderson, E. Arnold, L. Jensen, and M. Fisher for the alleged denial of staff assistance.

2. Service is appropriate for the following defendants: (1) J. Purtee; (2) S. Stanley; (3) T. Ehlers; (4) W. Fisher; (5) V. Cullen; (6) R. Perez; (7) R. St. Germain; (8) S. Moreno; (9) R. Anderson; (10) E. Arnold; (11) L. Jensen; and (12) M. Fisher.

3. Defendants M. Veal, S. Oran, J. Martinez, P. Mirich, and K. Carroll are hereby dismissed.

4. In addition, all of plaintiff's Eighth Amendment and Fourteenth Amendment Equal Protection claims against all defendants, plaintiff's claims against defendant R. St. Germain for the April 3, 2006, and May 20, 2006, administrative segregation reviews, plaintiff's claims against defendants R. Anderson and R. Perez for the February 22, 2006, ICC administrative segregation hearing, and plaintiff's claim that defendants V. Cullen, R. Perez, and R. St. Germain improperly adjusted his custody level are hereby dismissed.

5. The Clerk of the Court shall send plaintiff 12 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 17, 2009.

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

3

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Twelve copies of the endorsed amended complaint filed April 17, 2009.

    7. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    DATED: This 21st day of April, 2009.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE