**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYRONE JORDAN, | ) | 2:07-cv-00854-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| M. VEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Before the court is the defendants' request for an extension of time (#26). The request is hereby granted. Defendants shall have up to and including September 10, 2009, in which to file supplemental evidence in support of their motion to dismiss, which this court has converted into a motion for summary judgment. The plaintiff shall thereafter have until October 13, 2009, to file his response.

   DATED: This 27th day of August, 2009.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE